IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 22-10035-TPA |
| | : | |
| CHAD D. NUDD, | : | CHAPTER 13 |
|     DEBTOR | : | |
| | : | RELATED TO DOC. NO. 4, 5, 9 |
| CHAD D. NUDD, | : | |
|     MOVANT | : | HEARING DATE & TIME: |
| | : | February 9, 2022 at 11:30 AM via Zoom |
| vs. | : | |
| | : | |
| ATLANTIC BROADBAND, | : | |
| CACH LLC,  CAPITAL ONE, | : | |
| CITY OF WARREN, | : | |
| COLUMBIA GAS, | : | |
| CREDIT COLLECTION, | : | |
| LVNV FUNDING, | : | |
| MICHELLE SAVER, | : | |
| ONE MAIN, | : | |
| PA AMERICAN WATER, | : | |
| PA SCDU, PENELEC, | : | |
| PENNSYLVANIA MUNICIPAL | : | |
| AUTHORITY, | : | |
| PNC MORTGAGE, | : | |
| PROGRESSIVE INSURANCE, | : | |
| SEVENTH AVENUE, | : | |
| TRIDENT ASSET MGMT, | : | |
| VERIZON, | : | |
| WARREN CO DRS., | : | |
| RONDA J. WINNECOUR, ESQ. | : | |
| CHAPTER 13 TRUSTEE, | : | |
|     RESPONDENTS | : | |

## CERTIFICATION OF NO OBJECTION REGARDING EXPEDITED MOTION TO EXTEND AUTOMATIC STAY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Expedited Motion to Extend the Automatic Stay filed on January 21, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served by February 4, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: February 7, 2022          By:     /s/ Paul W. McElrath

Paul W. McElrath, Esquire
Attorney for Debtor/Movant
PA I.D. #86220
McElrath Legal Holdings, LLC
1641 Saw Mill Run Blvd
Pittsburgh, PA 15210
(412) 765-3606