## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Chad D. Nudd                                              CHAPTER 13

_____Debtor(s)_____

BKY. NO. 22-10035 TPA

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

Respectfully submitted,

/s/ **Brian C. Nicholas**

Brian Nicholas
04 Feb 2022, 15:38:06, EST

Brian C. Nicholas, Esq. (317240)  ☑
Maria D. Miksich, Esq. (319383)  ☐
Denise Carlon, Esq. (317226)  ☐
Rebecca A. Solarz, Esq. (315936)  ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com