IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-10035-TPA |
| | : | |
| Chad Nudd | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Chad Nudd | : | |
| Movant | : | Filed Pursuant to Rule 1007-4 |

**VERIFICATION REGARDING PROOF OF INCOME**

I, **Chad Nudd,** hereby state as follows:

1. I am starting a job with Carrols Corporation February 1, 2022, and I expect to earn average wages of $2,600.00 per month.

2. Prior to this I was briefly employed by Mary Jane's Eatery, and I earned total wages of $3,226.74.

3. I have filed income tax returns for the years 2017 – 2019, but due to my lack of income I was not required to file a return in 2020.

4. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: February 9, 2022                                     /s/ **Chad Nudd**
                                                                          **Chad Nudd**
                                                                          Debtor