**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
2/10/22 12:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In re: | : | Case No.: 22-10035-TPA |
| Chad D. Nudd | : | Chapter: 13 |
| *Debtor(s).* | : | Date: 2/9/2022 |
| | : | Time: 11:30 |

## PROCEEDING MEMO

**MATTER**  #4 Expedited Motion to Extend Automatic Stay
#17 CNO filed

**APPEARANCES:**
Debtor: Paul W. McElrath
Trustee: Ronda J. Winnecour

**NOTES:**
No objections were received

**OUTCOME:**  GRANTED / OE

jlm