FILED
2/10/22 12:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 22-10035-TPA |
| | : | |
| CHAD D. NUDD, | : | CHAPTER 13 |
|     DEBTOR | : | |
| | : | RELATED TO DOCUMENT NO. 4 |
| CHAD D. NUDD, | : | |
|     MOVANT | : | HEARING DATE & TIME: |
| | : | |
| vs. | : | |
| | : | |
| ATLANTIC BROADBAND, | : | |
| CACH LLC, | : | |
| CAPITAL ONE, | : | |
| CITY OF WARREN, | : | |
| COLUMBIA GAS, | : | |
| CREDIT COLLECTION, | : | |
| LVNV FUNDING, | : | |
| MICHELLE SAVER, | : | |
| ONE MAIN, | : | |
| ONEMAIN, | : | |
| PA AMERICAN WATER, | : | |
| PA SCDU, | : | |
| PENELEC, | : | |
| PENNSYLVANIA MUNICIPAL | : | |
| AUTHORITY, | : | |
| PNC MORTGAGE, | : | |
| PROGRESSIVE INSURANCE, | : | |
| SEVENTH AVENUE, | : | |
| TRIDENT ASSET MGMT, | : | |
| VERIZON, | : | |
| WARREN CO DRS., | : | |
|     RESPONDENTS | : | FILED PURSUANT TO |
| | : | 11 U.S.C. § 362 (C) (3) |
| and | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ. | : | |
| CHAPTER 13 TRUSTEE, | : | |
|     ADDITIONAL | : | |
|     RESPONDENT | : | |

**ORDER**

AND NOW, on this __9th__ day of ____February____, 2022, upon consideration of the within Motion, it is hereby ORDERED, AJUDGED and DECREED that the Automatic Stay of 11 U.S.C. § 362 (a) is hereby extended to all named respondents or until further order of Court.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10035-TPA |
| Chad D. Nudd | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 1 |
| Date Rcvd: Feb 10, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Chad D. Nudd, 1311 1/2 Sill Street, Warren, PA 16365-2011 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2022    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Chad D. Nudd ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4