Form RSC

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 22−10035−TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Chad D. Nudd
   1311 1/2 Sill Street
   Warren, PA 16365

Social Security No.:
   xxx−xx−1815

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Paul W. McElrath Jr.<br>McElrath Legal Holdings, LLC.<br>1641 Saw Mill Run Boulevard<br>Pittsburgh, PA 15210<br>Telephone number: 412−765−3606 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>May 17, 2022<br>09:00 AM<br>remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com | CONFIRMATION HEARING DATE/TIME/LOC<br>May 17, 2022<br>09:00 AM<br>remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com |

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.**

Dated: 3/30/22

BY THE COURT

Thomas P. Agresti
Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10035-TPA |
| Chad D. Nudd | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 30, 2022 | Form ID: rsc | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Chad D. Nudd, 1311 1/2 Sill Street, Warren, PA 16365-2011 |
| 15447580 | + | Andrea L. Stapleford Esq., 600 Market Street, Warren, PA 16365-1326 |
| 15447581 | + | Atlantic Broadband, 2200 Beale Avenue, Altoona, PA 16601-1927 |
| 15447585 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, P.O. Box 117, Columbus, OH 43216 |
| 15447584 | + | City Of Warren, 318 W 3rd Ave, Warren, PA 16365-2388 |
| 15447587 | + | Columbia Gas Of Pennsylvania, 501 Technology Drive, Canonsburg, PA 15317-7535 |
| 15447589 | + | KML, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15447591 | + | Michelle Saver, 211 Cray Avenue, Sheffield, PA 16347-3105 |
| 15447595 | + | PA American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 15453557 | + | PA Municipal Service, 336 Delaware Avenue, Oakmont, PA 15139-2138 |
| 15447596 | + | PA SCDU, PO Box 69110, Harrisburg, PA 17106-9110 |
| 15447599 | + | Penelec, 331 Newman Springs Rd., Building 3, Red Bank, NJ 07701-5688 |
| 15447597 | | Penelec, 76 South Main Street, A-RPC, Akron, OH 44308-1890 |
| 15447598 | + | Penelec, PO Box 3687, Akron, OH 44309-3687 |
| 15460317 | + | Pennsylvania Electric Company 'Penelec', 101 Crawford's Corner Road, Building # 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 15447600 | + | Pennsylvania Municipal Authority, 336 Delaware Avenue, Dept U-510-A, Oakmont, PA 15139-2138 |
| 15447604 | | Trident Asset Manageme, 10375 Old Alabama Rd Ste, Alpharetta, GA 30022 |
| 15447606 | | Warren Co Drs, 4th And Market Sts, Warren, PA 16365 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 30 2022 23:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 30 2022 23:36:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 30 2022 23:33:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15466741 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 30 2022 23:44:17 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15447582 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 30 2022 23:34:03 | Cach Llc/resurgent Cap, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15447583 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 30 2022 23:33:52 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15447588 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 30 2022 23:36:00 | Credit Collection Serv, Po Box 607, Norwood, MA 02062-0607 |
| 15453549 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 30 2022 23:36:00 | Jefferson Capital Systems LLC, Po Box 7999, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Saint Cloud, MN 56302 |
| 15449301 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 30 2022 23:44:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15447590 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 30 2022 23:44:16 | Lvnv Funding Llc, Po Box 1269, Greenville, SC 29602-1269 |
| 15447592 | + | Email/PDF: cbp@onemainfinancial.com | Mar 30 2022 23:33:52 | One Main, PO Box 183172, Columbus, OH 43218-3172 |
| 15447593 | + | Email/PDF: cbp@onemainfinancial.com | Mar 30 2022 23:34:01 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15447855 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 30 2022 23:44:17 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15447594 | + | Email/Text: csc.bankruptcy@amwater.com | Mar 30 2022 23:36:00 | PA American Water, PO Box 578, Alton, IL 62002-0578 |
| 15447601 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 30 2022 23:35:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15459971 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 30 2022 23:35:00 | PNC Bank, National Association, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg OH 45342 |
| 15461206 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 30 2022 23:36:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15447602 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Mar 30 2022 23:35:00 | Progressive Insurance, 6300 Wilson Mills Rd, Mayfield Village, OH 44143-2182 |
| 15453565 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 30 2022 23:34:03 | Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 15447603 | + | Email/Text: bankruptcy@sccompanies.com | Mar 30 2022 23:36:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15447605 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 30 2022 23:35:00 | Verizon, 500 Technology Drive Suite 30, Weldon Spring, MO 63304-2225 |
| 15453568 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 30 2022 23:33:53 | Verizon, by American InfoSource LP as agent, O Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 15453540 | *+ | Andrea L. Stapleford Esq., 600 Market Street, Warren, PA 16365-1326 |
| 15453541 | *+ | Atlantic Broadband, 2200 Beale Avenue, Altoona, PA 16601-1927 |
| 15447586 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas, PO Box 742537, Cincinnati, OH 45274 |
| 15453545 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas, P.O. Box 117, Columbus, OH 43216 |
| 15453546 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas, PO Box 742537, Cincinnati, OH 45274 |
| 15453542 | * | Cach Llc/resurgent Cap, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15453543 | *+ | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15453544 | *+ | City Of Warren, 318 W 3rd Ave, Warren, PA 16365-2388 |
| 15453547 | *+ | Columbia Gas Of Pennsylvania, 501 Technology Drive, Canonsburg, PA 15317-7535 |
| 15453548 | *+ | Credit Collection Serv, Po Box 607, Norwood, MA 02062-0607 |
| 15453550 | *+ | KML, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15453551 | *+ | Lvnv Funding Llc, Po Box 1269, Greenville, SC 29602-1269 |
| 15453552 | *+ | Michelle Saver, 211 Cray Avenue, Sheffield, PA 16347-3105 |
| 15453553 | *+ | One Main, PO Box 183172, Columbus, OH 43218-3172 |
| 15453554 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |

| | | |
|---|---|---|
| 15453555 | *+ | PA American Water, PO Box 578, Alton, IL 62002-0578 |
| 15453556 | *+ | PA American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 15453558 | *+ | PA SCDU, PO Box 69110, Harrisburg, PA 17106-9110 |
| 15453563 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15453559 | * | Penelec, 76 South Main Street, A-RPC, Akron, OH 44308-1890 |
| 15453560 | *+ | Penelec, PO Box 3687, Akron, OH 44309-3687 |
| 15453561 | *+ | Penelec, 331 Newman Springs Rd., Building 3, Red Bank, NJ 07701-5688 |
| 15453562 | *+ | Pennsylvania Municipal Authority, 336 Delaware Avenue, Dept U-510-A, Oakmont, PA 15139-2138 |
| 15453564 | *+ | Progressive Insurance, 6300 Wilson Mills Rd, Mayfield Village, OH 44143-2182 |
| 15453566 | *+ | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15453567 | * | Trident Asset Manageme, 10375 Old Alabama Rd Ste, Alpharetta, GA 30022 |
| 15453569 | *+ | Verizon, 500 Technology Drive Suite 30, Weldon Spring, MO 63304-2225 |
| 15453570 | * | Warren Co Drs, 4th And Market Sts, Warren, PA 16365 |

TOTAL: 1 Undeliverable, 28 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2022 at the address(es) listed below:**

**Name** | **Email Address**

Brian Nicholas
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
on behalf of Debtor Chad D. Nudd ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 4