**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | |
| | : | **Case No. 22-10035-TPA** |
| **Chad Nudd** | : | **Chapter 13** |
| Debtor | : | |
| | : | **Related to Doc. No. 45** |
| **Chad Nudd,** | : | |
| **S.S. No. xxx-xx-1815** | : | |
| Movant | : | **WO-1** |
| | : | |
| v. | : | |
| | : | |
| **Rocket Auto Detailing** | : | |
| Respondent | : | |

**CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER**
**AND LOCAL FORM 12**

I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 23, 2022, I served a copy of the above-captioned pleading and within Wage Attachment Order together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties was by United States mail, first class or electronic mail where indicated.

Executed on: May 23, 2022                    /s/ Sharla Munroe
                                             Sharla Munroe, Paralegal
                                             McElrath Legal Holdings, LLC
                                             1641 Saw Mill Run Blvd.
                                             Pittsburgh, PA 15210
                                             Tel: 412.765.3606
                                             Fax: 412.765.1917

**MATRIX**

Service by NEF:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Chad Nudd
1311 1/2 Still Street
Warren PA 16365

Rocket Auto Detailing
ATTN: Payroll Manager
4160 Market Street Extension
Warren, PA 16365