**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| CHAD D. NUDD | Case No.:22-10035 JAD |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/20/2022 and confirmed on 05/18/2022. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 453.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 448.00 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 238.80 | |
|     Trustee Fee | 13.14 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 251.94 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 196.06 | 0.00 | 196.06 |
|     Acct: 9570 | | | | |
|   PNC BANK NA | 8,917.46 | 0.00 | 0.00 | 0.00 |
|     Acct: 9570 | | | | |
|   CITY OF WARREN (SWG) | 2,733.54 | 0.00 | 0.00 | 0.00 |
|     Acct: 4645 | | | | |
|   CITY OF WARREN (SWG) | 4,635.39 | 0.00 | 0.00 | 0.00 |
|     Acct: 1585 | | | | |
|   CITY OF WARREN (RECYCLING) | 1,770.87 | 0.00 | 0.00 | 0.00 |
|     Acct: 1585 | | | | |
| | | | | 196.06 |
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHAD D. NUDD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHAD D. NUDD | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PAUL W MCELRATH JR ESQ | 4,000.00 | 238.80 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHELLE SARVER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4121 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| STAPLEFORD & BYHAM LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4645 | | | | |
| ATLANTIC BROADBAND* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CACH LLC-ASSIGNEE | 11,556.35 | 0.00 | 0.00 | 0.00 |
| Acct: 1145 | | | | |
| COLUMBIA GAS OF PA INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7059 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC | 544.87 | 0.00 | 0.00 | 0.00 |
| Acct: 6128 | | | | |
| ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8976 | | | | |
| PA AMERICAN WATER(*) AKA AMERICAN V | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PENELEC/FIRST ENERGY** | 9,012.02 | 0.00 | 0.00 | 0.00 |
| Acct: 7930 | | | | |
| PA MUNICIPAL SERVICE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SEVENTH AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 757O | | | | |
| TRIDENT ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7987 | | | | |
| TRIDENT ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1245 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 590.22 | 0.00 | 0.00 | 0.00 |
| Acct: 4817 | | | | |
| LVNV FUNDING LLC | 436.35 | 0.00 | 0.00 | 0.00 |
| Acct: 8176 | | | | |
| ORION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA SCDU* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                      196.06

```
TOTAL CLAIMED
 PRIORITY              0.00
 SECURED          18,057.26
 UNSECURED        22.139.81
```

Date: 02/03/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com